IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MIRANDA ESKRIDGE and SERITA SAMUEL<br><br>and<br><br>STATE OF GEORGIA ex rel. MIRANDA ESKRIDGE and SERITA SAMUEL<br><br>Relators,<br><br>v.<br><br>INTERIM HEALTHCARE, INC., STG HEALTHCARE OF ATLANTA, INC. f/k/a INTERIM HEALTHCARE OF ATLANTA, INC., MATTHEW GILLEY, PATRICK GILLEY, REGIONAL MEDICAL GROUP, JAMES ROGAN M.D., AND JOHN HOUSER, M.D.<br><br>Defendants. | Civil Action No. 1:16-cv-0688-LMM<br>Jury Trial Demanded<br><br>FILED UNDER SEAL |

## CONSENT SETTLEMENT ORDER

The Parties, as that term is defined in the Settlement Agreement ("Agreement") attached hereto as Exhibit "1", have agreed to the terms and conditions of the Agreement, including the provisions therein regarding the

EXHIBIT A

dismissal of the above-captioned case. Relators' counsel Bothwell Law Group, PC ("BLG") and Defendants STG Healthcare of Atlanta, Inc. d/b/a Interim Healthcare of Atlanta, Inc., Paschal Gilley, and Mathew Gilley ("Defendants"), by and through counsel, having agreed to a resolution of the issues related payment of Relators' attorneys' fees and costs provided for in the Agreement, it is therefore, hereby

ORDERED, that the terms of this Order shall be a Final Order in the above styled action on the merits of this case according to the terms and conditions hereof:

1.

Defendants are liable, jointly and severally, to BLG, as of the Effective Date of the Agreement in the amount of $336,000. This liability shall be paid pursuant to the terms of this Consent Settlement Order as set forth below.

2.

Pursuant to the Agreement attached hereto as Exhibit "1" and incorporated herein by reference, Defendants shall pay or cause to be paid to Plaintiff the sum of $336,000 in equal bi-annual payments over the course of four (4) years starting on February 20, 2020 through February 20, 2024.

3.

Time shall be of the essence and the terms of this Consent Settlement Order shall be strictly construed. The Defendants shall make any and all payments in good



and sufficient funds, payable to BLG by electronic funds transfer pursuant to written instructions to be provided to counsel for the Defendants by Relators' counsel BLG.

4.

In the event there is any default in any of the payments set forth hereinabove BLG may file and serve an Affidavit on Defendants' counsel, which describes the default and specifies the dollar amount alleged to be in default (hereinafter, "BLG's Default Affidavit"). Defendants shall have 10 days from service of any such BLG Default Affidavit within which to file a Counter Affidavit disputing either the fact of default or the dollar amount claimed to be due (hereinafter, "Defendants' Counter Affidavit").

5.

In the event Defendants do not file and serve a Counter Affidavit within such 10 day period, the Court will enter Judgment for the amount claimed to be due under the Agreement pursuant to BLG's Default Affidavit of the amount specified in BLG's Default Affidavit.

6.

In the event any of Defendants file Defendants' Counter Affidavit, Defendants may only contest the allegations regarding the fact of default and the dollar amount alleged due. In the event such Defendants' Counter Affidavit is filed and served



within the 10 day period specified herein, the Court will conduct a non-jury hearing limited to whether or not an event of default under the Agreement has occurred, and if so, the balance due. In the event Defendants file Defendants' Counter Affidavit, the only defense which can be asserted is payment. All parties waive right to jury trial, and agree that the Court may conduct the non-jury hearing provided in this Consent Settlement Order on an expedited basis consistent with the Court's schedule. Should the Court find BLG's Default Affidavit to be indisputable, then Judgment shall be entered for the entire unpaid balance due and a Writ of Execution may be requested according to the terms hereto. Should the Court find Defendants' Counter Affidavit indisputable, Defendants may resume payments according to the instant Consent Settlement Order.

7.

BLG shall pay any Clerk's fees associated with the issuance of any Writ of Execution. Should the Defendants satisfy the payment obligations hereunder, then no Writ of Execution shall be issued.

IT IS SO ORDERED, this the 13th day of February, 2020.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

- 4 -

