RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 27 2020

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF GEORGIA, ex rel. MIRANDA ESKRIDGE and SERITA SAMUEL, <br><br> Plaintiffs, <br><br> v. <br><br> INTERIM HEALTHCARE, INC., STG HEALTHCARE OF ATLANTA, INC., f/k/a INTERIM HEALTHCARE OF ATLANTA, INC., MATTHEW GILLEY, PATRICK GILLEY, REGIONAL MEDICAL GROUP, JAMES ROGAN M.D., AND JOHN HOUSER, M.D. <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:16-cv-0688-LMM <br><br> **FILED UNDER SEAL** |

## ORDER

WHEREAS the United States of America (the "United States") and the State of Georgia have partially intervened in this action with regard to allegations against defendants STG Healthcare of Atlanta, Inc., Patrick Gilley [sic], and Matthew Gilley [sic] (the Interim Parties) for the purpose of effectuating

8

settlement agreements between the United States, the State of Georgia, the Relators and the above-named defendants;

WHEREAS the United States and the State of Georgia have declined to intervene in this action as to claims asserted by Relators on behalf of the United States and the State of Georgia against defendants Interim Healthcare, Inc., Regional Medical Group, James Rogan, M.D. and John Houser, M.D.;

WHEREAS the United States, Georgia and the Relators have filed a joint stipulation of dismissal with regard to allegations against the Defendants in this action;

IT IS HEREBY ORDERED as follows:

1. Consistent with the terms of the settlement agreement between The United States, the State of Georgia, the Relators and the Interim Parties) (the "Settlement Agreement"), the claims asserted by the Relators on behalf of the United States and the State of Georgia against the Interim Parties that are based on the Covered Conduct as defined in Recital D of the Settlement Agreement are dismissed with prejudice.  Recital D of the Settlement Agreement specifically provides as follows:

> D. The United States and the State contend that they have certain civil claims against the Interim Parties arising from the following alleged conduct in violation of the False Claims Act, 31

9

U.S.C. §§ 3729-3733 ("FCA"), the Georgia False Medicaid Claims Act ("GFMCA"), O.C.G.A. § 49-4-168, *et seq.*, the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b, and 106(E) of the Part I Policies and Procedures Manual for Medicaid/Peachcare for Kids:

(1) Between and including April 1, 2014 and April 30, 2017, the Interim Parties submitted and caused the submission of claims to Medicare and Medicaid for hospice services for individuals who were medically ineligible for the hospice benefit and/or lacked the required documentation to qualify for reimbursement;

(2) Between and including January 1, 2013 and April 30, 2017, the Interim Parties offered, paid, and/or caused to be offered or paid unlawful/illegal remuneration to John W. Houser, III, MD ("Dr. Houser") in order to induce Dr. Houser to refer individuals to Interim for hospice services;

(3) Between and including January 1, 2013 and April 30, 2017, the Interim Parties submitted and caused the submission of claims to Medicare and Medicaid for hospice services arising from the unlawful/illegal remuneration set forth above in Paragraph D(2).

2. The remaining claims asserted by the Relators on behalf of the United States and the State of Georgia against the Interim Parties, in which the United States and the State of Georgia have not intervened, are dismissed with prejudice to the Relators and without prejudice to the United States and the State of Georgia.

3. Subject to the entry of the Consent Settlement Order attached as Exhibit A to the Settlement Agreement, all claims asserted by the Relators against the Interim Parties regarding attorney's fees, costs and expenses under 31 U.S.C. § 3730(d) and O.C.G.A. § 49-4-168.2(i), and/or for discrimination and wrongful termination claims under subsection 3730(h) and O.C.G.A. § 49-4-168.4, are dismissed with prejudice as to the Relators.

4. All claims asserted by Relators against Interim Healthcare, Inc., Regional Medical Group, James Rogan, M.D., and John Houser, M.D. are dismissed without prejudice to the Relators and without prejudice to the United States and Georgia.

5. The seal shall be lifted as to this Order, the Joint Stipulation of Dismissal in Part, the United States of America's and the State of Georgia's Notice of Election to Intervene in Part, the Consent Settlement Order, and the Complaint. All other contents of the Court's file and associated docket entries (including the electronic CM/ECF docket report) in this action shall remain under seal and shall not be made public or served upon Defendants, except as otherwise provided by the Court.

IT IS SO ORDERED, this 2nd day of March, 2020.

*[signature]*
THE HONORABLE LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE